UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio L. Knight                                    Docket No. 5:15-MJ-1751-1

## Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio L. Knight, who, upon an earlier plea of guilty to Level 5 Driving While Impaired, 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on October 7, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant works full-time and supports his family. Mr. Knight has completed some of the community service hours. The defendant believes he can complete the remaining special conditions within the next 6 months. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 6 months, from October 6, 2016 until April 6, 2017. The extension is needed to complete remaining community service hours, treatment, and pay off case balance.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Eddie J. Smith                              /s/ Lee Holmes
Eddie J. Smith                                  Lee Holmes
Supervising U.S. Probation Officer              Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-354-2568
                                                Executed On: October 03, 2016

## ORDER OF THE COURT

Considered and ordered this  8th  day of  October , 2016, and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge